IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GERMAINE ROGERS,

    Plaintiff,                    No. CIV S-08-0026 FCD DAD P

    vs.

GOVERNOR OF CALIFORNIA,

    Defendant.                  ORDER

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff has not, however, filed a proper in forma pauperis affidavit. See 28 U.S.C. §§ 1914(a), 1915(a). Plaintiff does indicate that he had income from business, profession or other self-employment, pension, annuity or life insurance, and disability or workers compensation. However, plaintiff has not described the source of such money or state the amount received. Also, the certificate portion of the form was not completed by the authorized staff at the correctional facility, and plaintiff did not submit a certified copy of his inmate trust account statements for the last six months. Plaintiff will be provided the opportunity to submit a new application and the trust account statements.

/////

/////

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a new application requesting leave to proceed in forma pauperis on the form provided by the Clerk of Court; plaintiff must answer each question and the certificate portion of the form must be completed by the authorized prison official; plaintiff must provide a certified copy of his inmate trust account statement for the six months preceding the filing of his complaint; plaintiff's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send plaintiff a new Application to Proceed In Forma Pauperis By a Prisoner.

DATED: January 16, 2008.

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
roge0026.3