**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GERMAINE ROGERS, | |
| | No. 2:08 CV 0026 AWT |
| Plaintiff, | |
| | JUDGMENT |
| v. | |
| | |
| GOVERNOR OF CALIFORNIA, | |
| | |
| Defendant. | |
| _____ | |

Pursuant to the Order of Dismissal, signed and filed concurrently with this

Judgment, **IT IS ADJUDGED** that complaint and this action are hereby

**DISMISSED.**

Dated:  August 6, 2009.

_/s/ A. Wallace Tashima_
United States Circuit Judge
Sitting by designation.